IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

RICHARD E. WILKINS                                                        PLAINTIFF

VS.                                           CIVIL ACTION NO. 4:05cv132-TSL-AGN

TODD KEMP, *et al.*                                          DEFENDANTS

**ORDER RESETTING OMNIBUS HEARING**

The Court has previously entered an order herein setting this case for an omnibus hearing on January 26, 2006. Counsel for Defendants advised the Court that he has a conflict on this date and requests a continuance. The Court finds same should be continued.

IT IS, THEREFORE, ORDERED:

1. That the omnibus hearing previously scheduled for January 26, 2006 is hereby continued until **February 7, 2006** at **9:30 a.m.** before the undersigned United States Magistrate Judge at the **JAMES O. EASTLAND COURTHOUSE, 245 E. CAPITOL STREET, FIFTH FLOOR, CONFERENCE ROOM 506, JACKSON, MISSISSIPPI.**

2. That the Clerk of the court is directed to issue a writ of habeas corpus *ad testificandum* for the plaintiff for this hearing on the date and time set forth above.

SO ORDERED, this the 9th day of January, 2005.

*s/Alfred G. Nicols, Jr.*
_____
UNITED STATES MAGISTRATE JUDGE