**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**RICHARD E. WILKINS**                                               **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO. 4:05CV132LS**

**TODD KEMP, UNKNOWN MARY, STEVE
DOE, CONNIE DOE, IDA DOE and CLARKE
COUNTY, MISSISSIPPI**                                        **DEFENDANTS**

---

**ORDER**

This matter came before the court on the Defendants' Motion to Vacate Document Production and Motion Deadline, by which they seek to have these deadlines extended so that they can issue subpoenas to the treating physicians previously identified by the Plaintiff. The court has reviewed the Motion and is of the opinion that it has merit and should be granted. Having earlier seen the Plaintiff's identification of doctors who had treated him before his incarceration, which the Plaintiff simultaneously served on the Defendants, the court concludes that any of them may have discoverable information as to the Plaintiff's condition. Therefore, the Omnibus Order earlier entered in this action will be amended to allow the Defendants a reasonable time within which to obtain documents from these physicians.

IT IS, THEREFORE, ORDERED that Defendants' Motion to Vacate Document Production and Motion Deadline is hereby **granted**, and the Omnibus Order previously entered in this matter is amended to permit the Defendants until May 15, 2006, within which to obtain documents in this matter from the Plaintiff's previous treating physicians. Copies of any documents obtained from those physicians shall be served on the Plaintiff within five days of their receipt. The deadline for filing dispositive motions is extended to June 1, 2006.

IT IS SO ORDERED, this the 7th day of April, 2006.


_____S/James C. Sumner_____
UNITED STATES MAGISTRATE JUDGE
