# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**RICHARD E. WILKINS**                                                                   **PLAINTIFF**

**VS.**                                   **CIVIL ACTION NO. 4:05CV132LS**

**TODD KEMP, UNKNOWN MARY, STEVE**
**DOE, CONNIE DOE, IDA DOE and CLARKE**
**COUNTY, MISSISSIPPI**                                                **DEFENDANTS**

## ORDER

This matter came before the court on the Plaintiff's Motion to Compel Discovery, by which he seeks copies of any of his medical records that are in the custody of the Defendants. Shortly after this Motion was submitted, the Defendants submitted a Notice of Service of Documents, by which they notified the court that medical records had been sent to the Plaintiff. Additionally, the court recently extended the deadline for production of documents so that the Defendants could obtain other records from doctors who treated the Plaintiff prior to his incarceration. For these reasons, it appears to the court that the Defendants are making good faith efforts to comply with the court's orders regarding discovery, and the Motion to Compel will be denied.

IT IS, THEREFORE, ORDERED that the Plaintiff's Motion to Compel Discovery is hereby **denied**.

IT IS SO ORDERED, this the 19th day of April, 2006.

                                                                           S/James C. Sumner
                                               UNITED STATES MAGISTRATE JUDGE