IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**RICHARD E. WILKINS**                                                                                     **PLAINTIFF**

**VS.**                                                                                             **CIVIL ACTION NO. 4:05CV132LS**

**TODD KEMP, UNKNOWN MARY, STEVE
DOE, CONNIE DOE, IDA DOE and CLARKE
COUNTY, MISSISSIPPI**                                                 **DEFENDANTS**

## FINAL JUDGMENT

Upon due consideration of the Defendant's Motion for Summary Judgment, as well as the sworn testimony of the Plaintiff at the Omnibus Hearing, the sworn complaint, and the evidence produced by the parties;

IT IS, HEREBY, ORDERED AND ADJUDGED:

1.     The Plaintiff's complaint lacks an arguable basis in fact or in law;

2.     The Plaintiff's complaint is appropriately dismissed as frivolous under 28 U.S.C. §1915(e)(2)(B)(i) and (ii), and a Final Judgment in favor of the Defendant is hereby entered for the reasons contained in that Opinion and Order of this date.

IT IS SO ORDERED AND ADJUDGED, this the 8th day of September, 2006.

                                                                     /s/ Tom S. Lee
                                                           UNITED STATES DISTRICT JUDGE